**MAZZARELLA & MAZZARELLA LLP**
Mark C. Mazzarella, Esq. (SBN 82494)
Daral B. Mazzarella, Esq. (SBN 126864)
1620 Fifth Avenue, Suite 600
San Diego, CA 92101
Telephone: (619) 238-4900
Facsimile: (619) 238-4959
mark@mazzarellalaw.com
daral@mazzarellalaw.com

Attorneys for Plaintiffs, ADY GIL and
ADY GIL WORLD CONSERVATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADY GIL, an individual, and ADY GIL WORLD CONSERVATION, a California Not-For-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, a California corporation; PAUL WATSON, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:14-cv-7049-GW (PLAx)<br><br>Assigned to Hon. George H. Wu<br><br>STIPULATION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFF ADY GIL WORLD CONSERVATION<br><br>Complaint Filed: June 17, 2014<br>Trial Date: Not Yet Assigned |

This Stipulation is entered into by and among Plaintiff ADY GIL WORLD CONSERVATION, a California Not-for-Profit Corporation (only) ("Plaintiff") and Defendants SEA SHEPHERD CONSERVATION SOCIETY and PAUL WATSON ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, pursuant to *Federal Rule of Civil Procedure* 41(a), as follows:

The Parties agree that all claims against Defendants by Plaintiff ADY GIL WORLD CONSERVATION (only) shall be dismissed from this action, without prejudice.

Each of the Parties shall bear its own attorney's fees, costs, and expenses in connection with this lawsuit.

Dated:  March 22, 2016          **MAZZARELLA & MAZZARELLA**
                                Daral B. Mazzarella

                                By:  */s/ Daral B. Mazzarella, Esq.*
                                      Daral Mazzarella
                                Attorneys for Plaintiffs
                                ADY GIL, ADY GIL WORLD
                                CONSERVATION

Dated: March 21, 2015           **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, PC**
                                Sharon Ben-Shahar
                                Ashley D. Bowman

                                By: */s/ Ashley D. Bowman*
                                      Ashley D. Bowman
                                Attorneys for Defendants
                                SEA SHEPHERD CONSERVATION
                                SOCIETY and PAUL WATSON