**BIRD, MARELLA, BOXER, WOLPERT NESSIM**
**DROOKS LINCENBERG & RHOW, P.C.**
Sharon Ben-Shahar
Ashley D. Bowman
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

Attorneys for Defendants SEA SHEPHERD
CONSERVATION SOCIETY and
PAUL WATSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADY GIL, an individual, and ADY GIL WORLD CONSERVATION, a California Not-For-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, a California corporation; PAUL WATSON, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 14-7049-GW(PLAx)<br><br>Assigned to Hon. George H. Wu<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  June 17, 2014<br>Trial Date:         Not Yet Assigned |

## **ORDER OF DISMISSAL**

The Court, having considered the above Stipulation and the pleadings and papers filed herein, and finding good cause;

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, all parties to bear their own fees and costs, and all pending matters in this case are hereby VACATED.

SO ORDERED this 18th day of May, 2016.

_____
The Honorable GEORGE H. WU
U.S. District Judge